IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Tamara Colleen Garlett,

                Plaintiff(s),

v.

Pacific Security Capital, Inc.,

                Defendant(s).

Civil No. 07-983-JE

**ORDER AND JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation for Judgment of Dismissal with Prejudice (#11), filed by the parties on 11/16/2007,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorney fees awarded to either Plaintiff or Defendant. Pending motions, if any, are denied as moot.

Dated this 26 day of November, 2007.

by _____
Ancer L. Haggerty
United States District Judge